STATE OF LOUISIANA, Appellant, v.
PEOPLE'S INDUSTRIAL LIFE IN-
SURANCE CO. OF LA.

———

(October 17, 1927. Opinion and Decree.)

———

(*Syllabus by the Court*)

1. **Louisiana Digest—Courts—Par. 164.**
When, through mistake, an appeal is re-
turned to this court instead of to the
Supreme Court, this court will trans-
fer the appeal to the Supreme Court
by virtue of Act 19 of 1912.

(*Syllabus by the Editor*)

2. **Louisiana Digest—Appeal—Par. 20.**
The Court of Appeal will notice its want
of jurisdiction without pleading.

Appeal from Civil District Court. Hon.
Porter Parker, Judge.

Action by State of Louisiana, appellant,
against People's Industrial Life Insurance
Co. of Louisiana.

There was judgment for defendant and
plaintiff appealed.

Case transferred to Supreme Court.

E. M. Heath, of New Orleans, attorney
for plaintiff, appellant.

H. W. Robinson, of New Orleans, attorney
for defendant, appellee.

CLAIBORNE, J. This is a proceeding
by rule for a license of three thousand
five hundred fifty-seven and 92-100 dol-
lars, for the years 1921 and 1922, with
two per cent per month interest on
$1687.92 from March 1, 1921, and two per
cent per month on $1870 from March 1,
1922, till paid, and ten per cent attorney's
fees on both principal and interest.

The defendant excepted that it could
not be proceeded against by rule and that
it was entitled to petition and citation.

The exception was maintained, and the
suit dismissed by judgment rendered
November 17, 1924.

From this judgment the plaintiff ap-
pealed to this court.

In this court the counsel for defendant
calls our attention to the want of juris-
diction of this court.

This court will notice its want of juris-
diction without pleading 1 La. Dig. 243,
244.

By Section 29 of Article VII of the Con-
stitution of 1921 p. 46, this court is
given jurisdiction of all cases of which
the Supreme Court is not given jurisdic-
tion. By Section 10 of the same Article
VII, p. 39, the Supreme Court has appel-
late jurisdiction in civil suits when the
amount in dispute shall exceed two thou-
sand dollars exclusive of interest.

It is therefore evident that this court
is without jurisdiction and the appellant
so admits it; and under Section 1 of
Act 19 of 1912, p. 25, he prays this court
to transfer this appeal to the Supreme
Court. He is entitled to that relief.

It is therefore ordered that this cause
be transferred to the Supreme Court, pro-
vided that appellant shall file in said court
within fifteen days from this date a
transcript of this cause prepared in ac-
cordance with the rules prescribed by
said court for transcripts of appeal from
the district courts to said court, together
with a copy of this order; otherwise that
the appeal herein be dismissed.

Case transferred to Supreme Court.